ORIGINAL

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | ANDREW G. SCHOPLER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 236585<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / (619) 235-2757 (Fax)<br>Email: Andrew.Schopler@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV  DEPUTY

UNSEALED AS OF 1/16/08

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>LEE VAUGHN WALKER (1),<br>  aka "Lee Dog",<br>MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>  aka "Mija",<br>ELEODORO CASTILLO (4),<br>  aka "Onko",<br>DAPHNE ROSALINDA JACKSON (5),<br>  aka Daphne R. Rae,<br>BERNAL ANTHONY MITCHELL (6),<br>  aka "Tony",<br>ALLEN MATTHEW BAKER Jr. (7),<br>  aka "J.R.", aka Tracy Reyard Diggs,<br>  aka Marcus Johnson,<br>MICHAEL DWAYNE TRYALS (8),<br>  aka "Texas Mike", aka Michael Tryls,<br>  aka Dave Brooks, aka Leon Howard<br>  Blair, aka Earl David Hollis,<br>BOBBY SHAWN LOCKHART (9),<br>  aka "Blue",<br>ALEXANDER WEIR IV (10),<br>  aka "Brick",<br>ALEXANDER WEIR V (11),<br>  aka "Lil' Brick",<br>FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13),<br>MARK EDWARD RUNNELS (14),<br>  aka "Marky Mark",<br>    Defendants. | Magistrate No. _____<br><br>MOTION AND ORDER TO FILE<br>COMPLAINT UNDER SEAL AND<br>ORDER THEREON |

1  The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2  ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3  an Order sealing the complaint in the above-captioned matter until further notice.
4  DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler

ANDREW G. SCHOPLER
Assistant U.S. Attorney