**ORIGINAL**

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America



FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 08MJ0132 |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), aka "Lee Dog", | |
| MELVIN ALEXANDER (2), | |
| JOSE GALVAN RICO (3), aka "Mija", | |
| ELEODORO CASTILLO (4), aka "Onko", | |
| DAPHNE ROSALINDA JACKSON (5), aka Daphne R. Rae, | |
| BERNAL ANTHONY MITCHELL (6), aka "Tony", | |
| ALLEN MATTHEW BAKER Jr. (7), aka "J.R.", aka Tracy Reyard Diggs, aka Marcus Johnson, | |
| MICHAEL DWAYNE TRYALS (8), aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis, | |
| BOBBY SHAWN LOCKHART (9), aka "Blue", | |
| ALEXANDER WEIR IV (10), aka "Brick", | |
| ALEXANDER WEIR V (11), aka "Lil' Brick", | |
| FELIPE MEDINA (12), | |
| MELVIN ANDRE BIBBS (13), | |
| MARK EDWARD RUNNELS (14), aka "Marky Mark", | |
| Defendants. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery to defense counsels in the near future.

DATED: January 16, 2008.

> Respectfully submitted,
>
> KAREN P. HEWITT
> United States Attorney
>
> /s/ Andrew G. Schopler
> ANDREW G. SCHOPLER
> Assistant U.S. Attorney