ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 30 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature]

**ORDERED SEALED BY COURT**

UNITED STATES OF AMERICA )
v. )
Bobby Shawn LOCKHART, aka Blue )

WARRANT ISSUED ON THE BASIS OF: ) Magistrate Case No. 08 MJ 0132
\_ Failure to Appear   \_ Order of Court )
\_ Indictment          \_ Information )  **WARRANT FOR ARREST**
X Complaint )

TO:
Any U.S. Marshal or other
authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:
Bobby Shawn LOCKHART, aka Blue
4225 44th Street, #5
San Diego, California

DISTRICT OF ARREST:
SOUTHERN DISTRICT OF CALIFORNIA

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct. 1)
Conspiracy to Distribute Methamphetamine (Ct. 2)

IN VIOLATION OF   UNITED STATES CODE TITLE(S)   SECTION(S)
                  21                            841, 846

BAIL  To Be Set In Court    OTHER CONDITIONS OF RELEASE

ORDERED BY                                     DATE ORDERED
NITA L. STORMES
U.S. MAGISTRATE JUDGE    [signature]           1-15-08
CLERK OF COURT/U.S. MAGISTRATE JUDGE   BY                 DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE

DATE EXECUTED

ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

FBI 3580