```
 1  KAREN P. HEWITT
     United States Attorney
 2  ANDREW G. SCHOPLER
     Assistant U.S. Attorney
 3  California State Bar No. 236585
     United States Attorney's Office
 4  880 Front Street, Room 6293
     San Diego, California 92101-8893
 5  Telephone: (619) 557-5836 / Fax: (619) 235-2757
     Email: Andrew.Schopler@usdoj.gov
 6
     Attorneys for Plaintiff
 7  United States of America
```

| | | |
|---|---|---|
| 8 | | UNITED STATES DISTRICT COURT |
| 9 | | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
| 11 | Plaintiff, | ) ) | |
| 12 | v. | ) ) | NOTICE OF APPEARANCE |
| 13 | LEE VAUGHN WALKER, et al. | ) ) | |
| 14 | Defendant. | ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24     <u>Name</u> (If none, enter "None" below)

25     None.

26  //

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u> (If none, enter "None" below)
6 | None.
7 | Please call me if you have any questions about this notice.
8 | DATED: February 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Andrew.Schopler@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                        Plaintiff,          )<br>                                                        )<br>            v.                                         )<br>                                                        )<br>LEE VAUGHN WALKER, et al.     )<br>                                                        )<br>                        Defendant.      )<br>_____ ) | Criminal Case No. 08CR0256-L<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.   Mark F. Adams, Esq.  markadamsesq@yahoo.com
   2.   Lynn H. Ball, Esq. lhball@sbcglobal.net,
   3.   Douglas C. Brown, Esq. dcbrow@pacbell.net
   4.   Mary A. Franklin, Esq. gr8lawr21@netzero.com
   5.   Shaun Kohojayan, Esq. shaun@khojayan.com
   6.   Benjamin P. Lechman, Esq. benlechman@hotmail.com
   7.   Stephen D. Lemish, Esq. Slemish785@aol.com
   8.   Mahir Twefik Sherif, Esq. mahirsherif@sbcglobal.net
   9.   Stephen Patrick White, Esq. spw1@sbcglobal.net
   10.  Antonio Yoon, Esq. antonioyoon@cox.net
   11.  John C. Lemon, Esq. jlemon@san.rr.com

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 12, 2008.

                                    /s/ *Andrew G. Schopler*
                                    ANDREW G. SCHOPLER
                                    Assistant U.S. Attorney