1 | STEPHEN P. WHITE
  | Attorney at Law
2 | California State Bar No. 125276
  | 101 W. Broadway, Suite 1950
3 | San Diego, California 92101
  | Telephone: (619) 702-
4 | Fax: (619) 238-9914

5 | Attorney for Defendant
  | BOBBY SHAWN LOCKHART (9)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) | Criminal Case No.08CR0256 |
|---|---|---|
| Plaintiff, | ) | Date: March 10, 2008 |
|  | ) | Time: 2:00 p.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTION AND MOTION |
| BOBBY SHAWN LOCKHART (9), | ) | FOR JOINDER OF THE FOLLOWING |
|  | ) | MOTIONS FILED BY CODEFENDANT |
|  | ) | FELIPE MEDINA: |
| Defendants. | ) |  |
| _____ | ) |  |

TO:   KAREN P. HEWITT, United States Attorney, and to ANDREW SCHOPLER, Assistant United States Attorneys:

PLEASE TAKE NOTICE that on March 10, 2008 at the hour of 2:00 p..m., or as soon thereafter as counsel may be heard, defendant BOBBY SHAWN LOCKHART, by and through his attorney Stephen P. White, will respectfully move the Court to join the following motions which were previously filed by codefendant Felipe Medina, on February 25, 2008:

1)   Motion for Discovery by Felipe Medina

2)   Motion for Leave to File Further Motions

Dated: February 26, 2008

                                            *s/Stephen P. White*
                                            STEPHEN P. WHITE
                                            Attorney for Defendant
                                            Eduardo Barajas