**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I electronically filed defendant's Notice of Motion and Motion for Joinder of the Following Motions filed by Co-Defendant Felipe Medina with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: February 26, 2008         /s/ Stephen P. White
                                 STEPHEN P. WHITE, ESQ.
                                 Attorney for Defendant