**STEPHEN P. WHITE**
ATTORNEY AT LAW
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Bobby Shawn Lockhart

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0256-L |
| Plaintiff, ) | Date: July 7, 2008 |
| ) | Time: 3:00 P.M. |
| v. ) | |
| ) | **NOTICE OF MOTIONS AND MOTIONS** |
| BOBBY SHAWN LOCKHART (8), ) | **1) FOR DISCOVERY; AND** |
| ) | **2) TO FILE FURTHER MOTIONS** |
| Defendant. ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      ANDREW G. SCHOPLER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on July 7, 2008, at 3:00 P.M., or as soon thereafter as counsel may be heard, defendant BOBBY SHAWN LOCKHART, by and through his counsel Stephen P. White, will respectfully move the Court for an order to grant the motions as set forth below.

## MOTIONS

Defendant BOBBY SHAWN LOCKHART, by and through his counsel Stephen P. White, hereby moves this Court, pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, the *Jencks* Act (18 U.S.C. § 3500), *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, the Fourth, Fifth, and Sixth Amendments to the Constitution of the United States, and the general supervisory powers of this Court, for an Order compelling the Government to

1 disclose, or in the case of tangible evidence, to produce for inspection and copying, all evidence
2 and information in the possession, custody or control of the Government which may be favorable
3 to the defendant, or material on the issue of guilt or innocence, or which could lead to material
4 evidence, or evidence or information which could be useful in the examination of witnesses at
5 trial; and for disclosure and inspection of the information requested in the attached memorandum
6 of points and authorities.

7   Furthermore, pursuant to the Court's inherent supervisory power, defendant further moves
8 this Court to allow the defendant to file further motions on the grounds that other motions cannot
9 be adequately addressed at this time due to the voluminous discovery in this case.  This is a
10 wiretap case and it may be necessary to file additional motions at a later date.  Therefore, it is
11 requested that the defendant be allowed to file further motions at a later date.

12   This motion is based upon this notice of motion, the attached memorandum of points and
13 authorities, the records and files in the instant case, and on any and all other matters that may be
14 presented to this Court prior to or at the time of the hearing of said motion.

16 Dated:  March 14, 2008

18             s/Stephen P. White
              STEPHEN P. WHITE
19            Attorney for Defendant
              Bobby Shawn Lockhart
20            E-mail: spw1@sbcglobal.net