**STEPHEN P. WHITE**
ATTORNEY AT LAW
California State Bar No. 125276
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
E-mail: spw1@sbcglobal.net

Attorney for Defendant
Bobby Shawn Lockhart

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE M. JAMES LORENZ, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0256-L |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| BOBBY SHAWN LOCKHART, ) | |
| Defendant. ) | |

　　I hereby certify that on March 17, 2008, I electronically filed Defendant's Notice of Motions and Motions for Discovery and to File Further Motions, with attached Memorandum of Points and Authorities in support thereof, with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing of such filing to the e-mail addresses of the following:

　　SEE ATTACHED E-MAIL SERVICE LIST

Dated: March 17, 2008          s/*Stephen P. White*
                              STEPHEN P. WHITE
                              Attorney for Defendant
                              Bobby Shawn Lockhart
                              E-mail: spw1@sbcglobal.net

1

# **E-MAIL SERVICE LIST**

Andrew G. Schopler
U.S. Attorneys Office
880 Front Street, Room 6293
San Diego, CA 92101
Andrew.Schopler@usdoj.gov,efile.dkt.gc1@usdoj.gov,Esmeralda.Diaz@usdoj.gov

Mark F. Adams
markadamsesq@yahoo.com

Lynn H Ball
lhball@sbcglobal.net,attylhball@aol.com

Douglas C Brown
dcbrow@pacbell.net

Mary A Franklin
gr8lawr21@netzero.com

Shaun Khojayan
shaun@khojayan.com,hashen@khojayan.com

Benjamin P Lechman
benlechman@hotmail.com

Stephen D Lemish
SLemish785@aol.com,steve.lemish@sbcglobal.net

John C Lemon
jlemon@san.rr.com,amelia_clsf@hotmail.com

Keith Howard Rutman
krutman@krutmanlaw.com

Mahir Twefik Sherif
mahirsherif@sbcglobal.net,aurora_bewicke@yahoo.com,unitedstateslawcenter@yahoo.com

Antonio F Yoon
antonioyoon@cox.net

/ / / /