1  **STEPHEN P. WHITE**
   **Attorney at Law**
2  **State Bar No. 125276**
   **101 West Broadway, Suite 1950**
3  **San Diego, CA  92101**
   **Tel: (619) 702-3753**
4  **FAX: 238-9914**

5  Attorney for Defendant
   Bobby Shawn Lockhart
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10                        (Honorable M. James Lorenz)

11  UNITED STATES OF AMERICA,              )
                                           )   Case No. 08CR0256-L
12                 Plaintiff,              )
                                           )   **EX PARTE APPLICATION FOR**
13  vs.                                    )   **INTERIM PAYMENTS OF**
                                           )   **ATTORNEY FEES**
14  BOBBY SHAWN LOCKHART, et. Al.,         )
                                           )
15                                         )
                   Defendant(s).           )
16  _____   )

17       TO: HON. M. JAMES LORENZ

18       PLEASE TAKE NOTICE that pursuant to the provisions of 18 U.S.C. § 3006A(d) and based

19  upon this application, the declaration of the undersigned counsel, all of the files and records and facts

20  and circumstances of this complex criminal case, the above-named Defendant, by and through counsel,

21  hereby seeks an order authorizing the undersigned counsel to submit interim payment vouchers at any

22  time when attorneys fees and costs exceed $5,000.

23

24  DATED: April 15, 2008                    Respectfully Submitted,

25

26                                           */s/Stephen P. White*
                                             STEPHEN P. WHITE
27

28

1 | **STEPHEN P. WHITE**
**Attorney at Law**
2 | **State Bar No. 125276**
**101 West Broadway, Suite 1950**
3 | **San Diego, CA  92101**
**Tel: (619) 702-3753**
4 |   **FAX: 238-9914**

5 | Attorney for Defendant
BOBBY SHAWN LOCKHART
6 |

7 | <u>**EX PARTE**</u>

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | (Honorable M. James Lorenz)

11 | UNITED STATES OF AMERICA               )
                                                                  ) Case No. 08-CR-0256-L
12 |                       Plaintiff,                       )
                                                                  ) **DECLARATION IN SUPPORT OF**
13 |                                                             ) **EX PARTE APPLICATION FOR**
vs.                                                          ) **INTERIM PAYMENTS OF**
14 |                                                             ) **ATTORNEY FEES**
BOBBY SHAWN LOCKHART, et. al.,        )
15 |                                                             )
                                                                  )
16 |                       Defendant(s).                )
                                                                  )

17 | _____

DECLARATION OF STEPHEN P. WHITE
18 |
      I, Stephen P. White, do hereby declare and say:
19 |

20 |     1.     I am counsel appointed pursuant to the Criminal Justice Act to represent the accused,

21 |              Bobby Shawn Lockhart, in the above-captioned criminal prosecution;

22 |     2.     I am admitted to practice before this United States District Court, all of the courts of the

23 |              State of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the

24 |              United States;

25 |     3.     I make this declaration in support of my request for an order authorizing interim

26 |              payments of attorneys fees and costs. The reason for this unusual request is due to the

27 |              complex and likely extended nature of the above-captioned case. This case accuses 13

28 |              defendants, including Mr. Lockhart in a conspiracy to distribute crack cocaine in excess

                 of 50 grams and methamphetamine in excess of 500 grams. Given those allegations, Mr.

1       Lockhart and his co-defendants face mandatory minimum sentences of 10 years up to a
2       maximum of life in prison, not to mention substantial fines and penalty assessments.
3       There are also Criminal Forfeiture allegations seeking the forfeiture of substantial sums
4       of money and assets naming all of the defendants;

5   4.   I am informed and believe that the investigation of these related cases, including the
6       above-captioned case involved a Title III wire intercept of uncertain duration, an
7       unknown number of confidential informants and/or likely cooperating putative or actual
8       co-defendants, undercover drug agents, and hours of physical surveillance. I have
9       learned that there are thousands of line sheets or summaries of intercepted telephone
10      calls, in addition to the calls themselves. Neither the line sheets nor the calls have yet
11      been released in discovery although we have been provided with numerous wire intercept
12      orders and applications, search warrants and affidavits in support and the statements of
13      the accused and/or memorandum of interviews post-arrest. I believe there is an alleged
14      code employed by the subjects of the charges which will certainly complicate the already
15      difficult task of studying the seized calls;

16  5.   I am a sole practitioner whose practice is exclusively dedicated to the defense of criminal
17      cases, primarily in the United States District Court. A case like the above-captioned will
18      likely consume many hours of counsel's time to understand the facts, investigation, and
19      decide upon an appropriate defense strategy. These attorney hours will likely be spent
20      over the course of many months given the magnitude of the materials which must be
21      mastered. In this unusual and complex case, I cannot wait until the conclusion of my
22      representation to submit vouchers for payment of attorneys fees and costs. Accordingly,
23      request is hereby made for an order authorizing the submission of vouchers for payment
24      when counsel's fees and/or costs exceed $5,000[1] .

25  \ \ \ \ \
26  \ \ \ \ \
27  \ \ \ \ \
28

[1]Pursuant to Local Rule a proposed Order has been sent to the Court's chambers by electronic mail.

1      I declare under penalty of perjury that the foregoing is true and correct and that this declaration

2  was executed on April 15, 2008 at San Diego, California

3

4

5

6  DATED: April 15, 2008                    Respectfully Submitted,

7

8                                           */s/Stephen P. White*
                                            STEPHEN P. WHITE
                                            Attorney for Defendant
9                                           Bobby Shawn Lockhart

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28