# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed defendant's Exparte Application for Interim Payments of Attorney Fees and Declaration in Support of Exparte Application with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: April 15, 2008          /s/ Stephen P. White
                               STEPHEN P. WHITE, ESQ.
                               Attorney for Defendant