# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>BOBBY SHAWN LOCKHART,<br><br>          Defendant(s). | Case No. 08-CR-0256-L<br><br>**ORDER FOR APPLICATION FOR INTERIM PAYMENTS O F ATTORNEY FEES** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT interim payments of Attorney fees be allowed in the above captioned case.

**IT IS SO ORDERED.**

DATED: April 17, 2008

_____
M. James Lorenz
United States District Court Judge