**STEPHEN P. WHITE**
Attorney at Law
State Bar No. 125276
101 West Broadway, Suite 1950
San Diego, CA  92101
Tel: (619) 702-3753
     FAX: 238-9914

Attorney for Defendant
BOBBY SHAWN LOCKHART

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0256-L |
| ) | |
| Plaintiff, ) | **EX PARTE APPLICATION** |
| ) | **TO ALLOW COPY CONNECTION TO** |
| vs. ) | **BILL THE COURT PURSUANT TO** |
| ) | **CRIMINAL JUSTICE ACT FOR** |
| BOBBY SHAWN LOCKHART, ) | **THEIR SERVICES** |
| ) | |
| Defendant. ) | |
| _____ ) | |

I am the court appointed attorney for defendant

I, STEPHEN P. WHITE, state the following:

1. I am the court appointed attorney for defendant, Bobby Shawn Lockhart.

2. The above case has been declared complex by this Honorable court.

3. Copy Connection is in the possession of over 8,000 pages of discovery.

4. The total cost of discovery is $764.67, plus tax.

5. Review of this discovery is necessary so that defense counsel can provide effective assistance of counsel.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1 | 6. Counsel has attached an invoice from Copy Connection and requests that the Court authorize payment of costs in the amount of $764.67 plus tax, payable directly to Copy Connection.

Respectfully requested,

Dated: May 12, 2008

*/s/Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Bobby Shawn Lockhart