# COPY connection

1010 Second Avenue
Suite 135-A
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

**FAX DISCOVERY ORDER # 2**
US v LEE VAUGHN WALKER, et al.

*You'll need court order*

CASE # 08cr0256-L

DATE: 4/18/08  5/8/08

Defendant: *Bobby Shaun Lockhart*

Please be advised that our company has possession of discovery materials from
AUSA **ANDREW SCHOPLER**
We are ready to begin the duplication & distribution process of discovery materials.

The law office of: *Steve White* hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

*Please check YES or NO, SIGN, & FAX TO (619) 595-7841*

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| 2 @ $ 10.00 each | LINE SHEETS ON DISK | $ 20.00* | | |
| Approx. 8,208 pg @ 8 ct/pg | PRINT UP HARD COPY OF LINE SHEETS | $ 656.64* | / | |
| 6 @ $ 10.00 each | AUDIO CALLS on CD | $ 60.00* | / | |
| 1 @ $ 10.00 | COLOR COPIES on CD | $ 10.00* | | |
| 15 @ 79 cents/page | HARD COPY OF COLOR COPIES PRINTED FROM COMPACT DISK | $ 11.85* | / | |
| Approx. 69 pages @ 9 ct/pg | DISCOVERY DOCUMENTS HARD COPY ONLY | $ 6.21* | / | |
| 1 @ $ 10.00 | DISCOVERY DOCUMENTS SCANNED TO DISK + OCR | $ 10.00* | | |

* Sales tax & shipping additional   * Delivery is free to downtown San Diego area if order is over $ 100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: _____  Date_____

Print or Type Name: _____