**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed defendant's Exparte Application to Allow Copy Connection to Bill the Court for Their Services with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                        Respectfully submitted,

DATED: May 12, 2008            */s/ Stephen P. White*
                                        STEPHEN P. WHITE, ESQ.
                                        Attorney for Defendant