# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-cr-0256-L |
| Plaintiff, ) | |
| ) | **ORDER FOR DIRECT PAYMENT** |
| vs. ) | **TO COPY CONNECTION** |
| ) | |
| BOBBY SHAWN LOCKHART, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT authorization is hereby made for the direct payment to Copy Connection, 1010 Second Avenue, Suite 130B, San Diego, CA 92101, 619/235-6975, for costs in the amount of $764.67 plus tax, for the discovery materials provided in Case No.08-cr-0256-L

**IT IS SO ORDERED.**

DATED: May 13, 2008

*M. James Lorenz*
M. James Lorenz
United States District Court Judge

1